rors in the admission or rejection of evidence, and there was no exception to the charge. The judgment should be affirmed, with costs.

MERRILL, Respondent, v. FRIEDERICHS, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Ezra F. Merrill against Martha Friederichs. No opinion. Appeal dismissed, with $10 costs and disbursements to abide the event of the action.

MESSITER v. LEVY. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by George N. Messiter against Abraham Levy. No opinion. Motion denied, upon payment of $10 costs.

MILLER, Plaintiff, v. RINALDO et al., Defendants. (City Court of New York, General Term. April 28, 1897.) Action by Louis Miller against Minnie Rinaldo and another. John Bogart, for plaintiff. C. C. Nadel, for defendants.

PER CURIAM. The verdict for damages for personal injuries to the plaintiff, an infant son of a tenant of the defendants, is justified by the evidence, and the law applicable to the facts of this case is fully and correctly stated by the trial judge in his charge to the jury. Therefore judgment and order are affirmed, with costs.

In re MOORE. (Supreme Court, Appellate Division, Second Department. June 8, 1897.) In the matter of the application of Frank Moore for admission to the bar. No opinion. Application granted, and applicant may take the oath at the opening of the court on any day.

MULLER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by Gustav Muller, an infant, by George Muller, his guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Motion denied. The defendant appears to have taken no exception to the instructions of the trial judge in regard to the obligations of infants who are non sui juris. It would therefore be impossible for counsel to raise in the court of appeals the questions which they seek to have considered by that tribunal. See 45 N. Y. Supp. 954.

MULRY v. MULRY. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by Winifred J. Mulry against William P. Mulry. No opinion. Motion granted. See 35 N. Y. Supp. 618, 1112.

NATIONAL UNION BANK v. KLEINWORT. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by the National Union Bank against Herman C. Kleinwort. No opinion. Motion denied. See 44 N. Y. Supp. 469.

NEWTOWN CREEK TOWING CO., Appellant, v. AETNA INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1897.) Action by the Newtown Creek Towing Company against the Aetna Insurance Company. No opinion. Only four judges having been present when this case was argued, a reargument is ordered.

O'DONNELL v. CRIMMINS. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by William O'Donnell against Thomas E. Crimmins. No opinion. Motion granted, with $10 costs.

O'ROURKE v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by Leonora O'Rourke against the mayor, etc., of the city of New York. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 261.

PALMER v. PALMER et al. (Supreme Court, Appellate Division, Second Department. April 26, 1897.) Action by Arthur W. Palmer, an infant, etc., against Noyes F. Palmer and others. No opinion. Motion for leave to appeal to the court of appeals denied, on the ground that the appellant may review our determination by appeal to that court from the final judgment. See 44 N. Y. Supp. 808.

PARISH, Respondent, v. BAIRD et al., Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by Henry Parish, executor, etc., against Matthew Baird, impleaded, etc. T. Allison, for appellant. T. P. Wickes, for respondent. No opinion. Judgment affirmed, with costs.

PEOPLE, Respondent, v. CITY OF BROOKLYN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 26, 1897.) Action by the people of the state of New York against the city of Brooklyn, and Harry Cowdrey and others, as executors, etc. No opinion. Order reversed, with $10 costs and disbursements, to abide the event of the action, on the authority of Apollinaris Co. v. Venable (Sup.) 10 N. Y. Supp. 469, with leave to the plaintiff to apply anew for the issue of a commission on interrogatories.

PEOPLE v. DUTTON. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by the people of the state of New York against Stephen A. Dutton. No opinion. Motion granted.

PEOPLE ex rel. BEHEYT v. McLEAN et al. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by the people of the state of New York on the relation of Henry L. Beheyt against Charles F. McLean and others. T. Farley, for relator. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. BRIDGEPORT SAV. BANK, Respondent, v. BARKER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 11, 1897.) Action by the people of the state of New York on the relation of the Bridgeport Savings Bank against Edward P. Barker and others, commissioners of taxes. James M. Ward, for appellant. Esek Cowen, for respondent.